**Claud M. SHEPARD, Sr.,**
Claimant–Appellee,

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellant.**

No. 04–7152.

United States Court of Appeals, Federal Circuit.

Oct. 5, 2004.

*ORDER*

Upon consideration of the Secretary of Veterans Affairs' unopposed motion to dismiss its notice of appeal with prejudice pursuant to Fed. R.App. P. 42(b),

IT IS ORDERED THAT:

* We note that the Secretary of Veterans Affairs requests that this dismissal be with prejudice,

---

(1) The motion is granted.*

(2) Each party shall bear its own costs.

however, it is not the practice of this court to dismiss with or without prejudice.